# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

AMY RICHARD

NO. 2020 CW 0024

VERSUS

JOHN JENKINS, UV LOGISTICS
D/B/A UV LOGISTICS HOLDING
CORPORATION, AND BROADSPIRE
SERVICES INC.

APR 2 8 2020

---

In Re: UV Logistics, LLC and John Jenkins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653,043

---

BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED**. The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT